1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    AURORA CERVANTES,                      1:14-cv-00653 --- SKO

12               Plaintiff,                  NEW CASE NUMBER:

13         v.                                **1:14-cv-00653 SKO**

14    WAYNES H. GOSE, et al.                 **ORDER REASSIGNING CASE**

15               Defendants.

16

17         All parties having executed consent forms, it is ordered that this matter be assigned to the

18    docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and

19    entry of Judgment.

20         To prevent a delay in documents being received by the correct judicial officer, the new

21    case number listed below should be used on all future documents.

22                        **1:14-cv-00653 SKO**

23

24

25    IT IS SO ORDERED.

26      Dated:   **June 9, 2014**                    **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

27

28

                                          1